UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-mj-187 |
| v. | ORDER TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT, AND ARREST WARRANT |
| GARY ANTHONY MEDEIROS, | |
| Defendant. | **UNDER SEAL** |

This matter having come before the Court upon the motion by the government for an order to seal the Complaint and Affidavit in support of the Complaint, and Arrest Warrant in this matter; and the Court being fully advised in the premises and finding good cause:

IT IS HEREBY ORDERED that the Complaint, Affidavit in support of the Complaint, Arrest Warrants, this Order, and the underlying Motion to Seal are SEALED until further order of the Court.

Dated: October 25, 2023

_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney


 /s/ Charlotte Kelley
CHARLOTTE KELLEY, DCB #1736456
Assistant United States Attorney