AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

FILED 27 OCT '23 10:09 USDC-ORP

## ORIGINAL

United States of America
v.
Gary Anthony Medeiros

)
)
)
)
)
)
)

Case No. 3:23-mj-187

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gary Anthony Medeiros,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2) – Receipt of Child Pornography

Date: October 25, 2023

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 10/26/2023
ARRESTED BY HSI

Date: _____

U.S. MARSHAL
BY E.CATER

*Arresting officer's signature*

*Printed name and title*