NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**CHARLOTTE KELLEY, DCB #**1736456
Assistant United States Attorney
Charlotte.Kelley@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00187 |
| v. | **MOTION TO FILE REDACTED COMPLAINT AND AFFIDAVIT** |
| **GARY ANTHONY MEDEIROS,** | |
| **Defendant.** | |

The United States of America moves this court for an order allowing it to file a redacted complaint and affidavit in this matter. The United States requests that the unredacted complaint and affidavit in support of the complaint remain under seal as it contains personally identifiable information. The United States has provided the Court with a redacted copy of the complaint and affidavit for public filing.

//

//

**Motion to File Redacted Complaint**                                                                                                              Page 1

Dated: October 27, 2023.                              Respectfully submitted,

                                                      NATALIE K. WIGHT
                                                      United States Attorney

                                                      */s/ Charlotte Kelley*
                                                      CHARLOTTE KELLEY, DCB #1736456
                                                      Assistant United States Attorney