# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00187 |
| v. | |
| **GARY ANTHONY MEDEIROS,** | **ORDER RE: REDACTED COMPLAINT AND AFFIDAVIT** |
| Defendant. | |

This matter having come before the Court upon motion of Charlotte Kelley, Assistant United States Attorney for the District of Oregon, requesting an order to file a redacted complaint and supporting affidavit;

IT IS HEREBY ORDERED, that the unredacted complaint, including the affidavit in support, shall remain sealed as it contains personally identifiable information. A redacted version of the complaint and affidavit will be filed to be used for initial appearances and arraignments.

Dated: October  30th, 2023.

                                                         /s/ Youlee Yim You
                                            HONORABLE YOULEE YIM YOU
                                            United States Magistrate Judge

Presented by:
NATALIE K. WIGHT
United States Attorney

*/s/ Charlotte Kelley*
CHARLOTTE KELLEY, DCB #1736456
Assistant United States Attorney