Conor Huseby, OSB No. 06373
Assistant Federal Public Defender
Email: conor_huseby@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326 2123
Fax: (503) 326-5524

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:23-mj-00187 |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| **GARY ANTHONY MEDEIROS,** | |
| Defendant. | |

The defendant, Gary Medeiros, through counsel, Conor Huseby, hereby moves the Court to continue the arraignment date in this case to January 4 or 5, 2023, and beyond the 30 days proscribed by 18 U.S.C. § 3161(b). The parties are in agreement that the ends of justice in granting this motion outweigh the interest of the public and the defendant in a speedy arraignment or trial and Assistant United States Attorney Charlotte Kelley has no objection to this motion. I have discussed with Mr. Medeiros his right to be indicted within 30 days under 18 U.S.C. § 3161(b). Mr. Medeiros understands his rights and knowingly waives his right to be indicted within 30 days.

Respectfully submitted on November 3, 2023.

*/s/ Conor Huseby*
Conor Huseby
Assistant Federal Public Defender

**Page 1   DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**